**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Reginald Lamont USSERY,
Defendant—Appellant.**

No. 06–7424.

Submitted: Nov. 21, 2006.

Decided: Dec. 1, 2006.

Reginald Lamont Ussery, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Lamont Ussery appeals the district court's order denying his motion to compel specific performance of a plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ussery,* No. 5:94–cr–95–1F (E.D.N.C. Aug. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*